SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson

      Plaintiff,

  vs.

California Welding Supply

Company,

      Defendant

) Case No.**2:11-cv-01946-WBS-EFB**
)
) **ORDER RE: STIPULATED DISMISSAL**
)
)
)
)
)
)
)
)
)
)

IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2).

Date:  November 29, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE